**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**JAQUELA SHANTE LYLES and ARCHIE DAVIS JR.**          **PLAINTIFFS**

**VS.**                    **CIVIL ACTION NO. 5:18-cv-78(DCB)(MTP)**

**ROUX BROTHERS LLC d/b/a Roux 61,
DANIELLE FIFE, and CIZU LEE**                    **DEFENDANTS**

## ORDER

This cause is before the Court on plaintiffs Jaquela Shante Lyles and Archie Davis, Jr.'s Objections to the dismissal of their Complaint which was filed on July 19, 2018. On February 27, 2019, Final Judgment was entered against the plaintiffs and this action was dismissed with prejudice.

The plaintiffs now object to the dismissal of their case, some six months following the dismissal. Their objections are untimely and without merit.

Accordingly,

IT IS HEREBY ORDERED that the plaintiffs' objections are DENIED.

SO ORDERED, this the 30th day of August, 2019.

/s/ David Bramlette_____

UNITED STATES DISTRICT JUDGE